**Dismissed and Memorandum Opinion filed October 10, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00665-CV

**TERIA LYNN, Appellant**

**V.**

**CHARLA PATE, Appellee**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Court Cause No. B-186,884**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 19, 2013. The notice of appeal was filed July 17, 2013. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On September 5, 2013, this court ordered appellant to pay the appellate filing fee on or before September 18, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.